**Order entered March 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00331-CV

## CITY OF CARROLLTON, Appellant

## V.

## LRF1 DALLAS LOGISTICS 1 LLC AND 1533 CRESCENT LLC, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

## ORDER

Before the Court is court reporter Diane L. Robert's March 19, 2020 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than March 27, 2020.

/s/    ERIN A. NOWELL
JUSTICE